IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 13 cv 342 |
| TROST ELECTRICAL CONSTRUCTION, INC. an Illinois Corporation, and ERIN B. TROST, Individually, | ) ) ) ) | Judge: Gary Feinerman Magistrate Judge: Jeffrey Cole |
| Defendants. | ) ) | |

**MOTION FOR ENTRY OF AGREED JUDGMENT AND**
**SETTLEMENT ORDER AND SETTLEMENT AGREEMENT**

Plaintiffs, by one of their attorneys, JOHN F. ETZKORN, respectfully request this Honorable Court to enter the attached Agreed Judgment Order and Settlement Agreement in favor of Plaintiffs and against Defendants, TROST ELECTRICAL CONSTRUCTION, INC. ("TROST"), and ERIN B. TROST, ("E. TROST").

In support of their motion thereof, Plaintiffs state as follows:

A. Plaintiffs hereby move This Honorable Court to enter the Agreed Judgment and Settlement Order and Settlement Agreement, fully executed by the Parties hereto; and

B. Plaintiffs hereby request This Honorable Court also to enter a Memorandum of Judgment in favor of Plaintiffs and against Defendants, TROST and E. TROST.

TRUSTEES OF THE N.E.C.A. -
IBEW LOCAL 176 HEALTH, WELFARE,
PENSION, VACATION, AND TRAINING
TRUST FUNDS,

By:_____John F. Etzkorn_____
One of their Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Tel: (312) 236-0415
Fax: (312) 341-0438
Email: jetzkorn@arnoldandkadjan.com

G:/jfe/176/Trost Electrical Construction/PLEADINGS/
MO FOR ENTRY OF AJO & SA.12-19-13